IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01198-BNB

VICKI DILLARD,

    Plaintiff,

v.

JEFFREY D. SERVIN, Esq., and
SERVIN ASSOCIATES,

    Defendants.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Chief Judge Wiley Y. Daniel and Magistrate Judge Boyd N. Boland. Accordingly, it is

ORDERED that this case shall be assigned to Chief Judge Wiley Y. Daniel and Magistrate Judge Boyd N. Boland.

DATED May 13, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01198-BNB

Vicki Dillard
1933 S. Downing Street
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 13, 2011.

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                                  Deputy Clerk