**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01198-WYD-BNB

VICKI DILLARD,

    Plaintiff,

v.

JEFFREY D. SERVIN, ESQ., and
SERVIN ASSOCIATES,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: May 17, 2011.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01198-WYD-BNB

Vicki Dillard
1933 S. Downing St.
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Jeffrey D. Servin, Esq and Servin Associates

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Jeffrey D. Servin, Esq and Servin Associates: COMPLAINT FILED 05/04/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on May 18, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk