IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01198-WYD-BNB

VICKI DILLARD,

Plaintiff,

v.

JEFFREY D. SERVIN, ESQ., and
SERVIN ASSOCIATES,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


       IT IS ORDERED that the plaintiff's **Motion to Compel Defendant's Compliance to Serve Plaintiff and for Sanctions** [Doc. # 13, filed 8/12/2011] is GRANTED IN PART and DENIED IN PART as follows:

              • GRANTED to require the defendants to serve on the plaintiff, as required by the Federal Rules of Civil Procedure and the local rules of this court, all papers filed with the court; and

              • DENIED in all other respects.


DATED:  September 2, 2011