IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01198-RBJ-BNB

VICKI DILLARD,

Plaintiff,

v.

JEFFREY D. SERVIN, ESQ., and
SERVIN ASSOCIATES,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Summary Judgment** [Doc. #38] (the "Motion"). The Motion is STRICKEN.

The plaintiff filed her Motion on March 15, 2012. The deadline for filing dispositive motions was January 31, 2012--44 days before the plaintiff filed her Motion. When an enlargement of time is sought after expiration of a specified deadline, the movant must show that the failure to act was the result of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). The plaintiff does not acknowledge that the deadline has expired, nor does she establish excusable neglect.

IT IS ORDERED that the Motion [Doc. # 38] is STRICKEN.

Dated March 19, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge